TOWN & COUNTRY HOUSE & HOME SERVICE, INC., Appellant, v. THEODORE GREGORIUS et al., Respondents.—

No opinion. This affirmance is without prejudice to the institution of an action for damages in the event that plaintiff can establish that actual damage has been suffered by reason of any alleged violation of the covenant not to disclose the names and requirements of customers or other confidential information obtained in the course of the individual defendant's former employment. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ.

■

THOMAS WALSH et al., Respondents, v. IRVING COHN et al., Appellants.—

No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.